**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **NATHANIEL SHRIEVES, JR.**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 19-4865-KSM** |
| **PHILADELPHIA FACILITIES MANAGEMENT CORPORATION**, et al., | |
| Defendants. | |

## ORDER

**AND NOW** this 8th day of December, 2020, upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint and related briefing (Doc. Nos. 25, 27, 29 & 31), Philadelphia Gas Works's[1] opposition briefs (Doc. Nos. 26 & 30), Philadelphia Gas Works's Motion to Dismiss the Amended Complaint and related briefing (Doc. Nos. 11 & 18), Plaintiff's opposition brief (Doc. No. 17),  Defendant Gas Works Employees' Union of Philadelphia, Local 686 Motion to Dismiss the Amended Complaint (Doc. No. 19), and Plaintiff's opposition brief (Doc. No. 20), it is **ORDERED** as follows:

1.      Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. No. 25) is **DENIED.**

2.      The Motions to Dismiss (Doc. Nos. 11 & 19) are **GRANTED.**  Counts I and II of the Amended Complaint are **DISMISSED with PREJUDICE.**  Count III is **DISMISSED without PREJUDICE.**

---

[1] Philadelphia Gas Works asserts that it has been misidentified as Defendant Philadelphia Facilities Management Corporation.

3.      The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.